

FILED

09/14/2021

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: OP 21-0439

IN THE SUPREME COURT OF THE STATE OF MONTANA

OP 21-0439

_____

RECHO ADRIAN WALLACE,

Petitioner,

v.

COMMANDER VALDEZ,
Yellowstone County Detention Facility,

Respondent.

_____

O R D E R

Representing himself, Recho Adrian Wallace has filed a Petition for Writ of Habeas Corpus, indicating that his incarceration is illegal and that he should be immediately released. Wallace is currently held in the Yellowstone County Detention Facility (YCDF).

Wallace indicates that his sentence violates his right to be free from double jeopardy. He contends that he has a right to speedy trial and raises ineffective assistance of counsel. Referring to Cause No. DC 2019-1600, Wallace questions why he should remain "jailed in administrative segregation, beyond what is necessary and in violation of his rights . . . ." Wallace states that the original trial date was vacated. Wallace does not provide any more information about his underlying criminal case.

We requested and reviewed the case register of actions and the charging document from the Yellowstone County District Court. In December 2019, the State of Montana charged Wallace with felony criminal endangerment and misdemeanor driving a motor vehicle while privilege to do so is suspended or revoked. It appears that Wallace was released initially. A notice of appearance of substitution counsel was filed in April 2020. The court issued a bench warrant in July 2020, and Wallace appeared on February 26, 2021. His bail was set at $15,000. This year, the District Court has issued three orders resetting the status and trial. Wallace has counsel to represent him in his underlying case. We point out that he has not yet been sentenced.

Habeas corpus affords an applicant an opportunity to challenge collaterally the legality of their present incarceration. Section 46-22-101(1), MCA; *Lott v. State*, 2006 MT 279, ¶ 14, 334 Mont. 270, 150 P.3d 337. Wallace's present incarceration is due to his pending criminal offenses. Wallace has not demonstrated illegal incarceration, and he is not entitled to immediate release. While Wallace is incarcerated on a bailable offense, he does not challenge his bail. Section 46-22-103, MCA. His claims about speedy trial and ineffectiveness of counsel cannot be addressed through this remedy of habeas corpus. Accordingly,

IT IS ORDERED that Wallace's Petition for Writ of Habeas Corpus is DENIED and DISMISSED.

The Clerk of the Supreme Court is directed to provide a copy of this Order to John Ryan, Yellowstone County Deputy Attorney; to Blaine Bailey McGivern, Defense Counsel; to Terry Halpin, Clerk of Court, Yellowstone County, under Cause No. DC-19-1600; to counsel of record, and to Recho Adrian Wallace personally.

DATED this 14th day of September, 2021.

_____
Chief Justice

_____

_____

_____

_____
Justices

2